**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Rahadames BATISTA, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2003, the petition for allowance of appeal is granted limited to the issue of whether trial counsel was ineffective in allowing the jury to be selected in Petitioner's absence. The case is remanded to the PCRA court with direction to conduct an evidentiary hearing on the issue of whether trial counsel was ineffective in allowing the jury to be selected in Petitioner's absence.

Jurisdiction is relinquished.

■

**Honorable David COHEN, Appellant,**

v.

**The CITY OF PHILADELPHIA and Honorable John F. Street and Commonwealth of Pennsylvania, Mike Fisher, Attorney General and Honorable Tom Ridge and Philadelphia Authority for Industrial Development and the Philadelphia Eagles, Limited Partnership and The Phillies, Inc., Appellees.**

Supreme Court of Pennsylvania.

Nov. 25, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 25th day of November, 2003, the Order of the Commonwealth Court is **AFFIRMED.**